JESSICA MARTIN

1700 NORTHSIDE DRIVE

ATLANTA, GA 30318

Case Number #_____

JESSICA MARTIN, KARTER MARTIN, KARSON MARTIN, AND KYRO MARTIN VS. JACKSON HOUSING AUTHORITY

**MOTION TO APPEAR**

Jessica Martin and family is requesting to be heard in the matter of why the JACKSON HOUSING AUTHORITY should pay the family for damages after being evicted due to a landlord using a voided lease, not following due process, and being kicked off the section 8 program.

Evidence

Exhibit 1- Letter from Jackson Housing Authority that was dated on March 3, 2021 stating that the united was inspected on March 1, 2021 and passed inspection.

Exhibit 2-An email from Ann Ewing stating that she signed my lease on March 10, 2021

Exhibit 3- Certificate of owner/ tenant relationship that was dated on March 10, 2021

Exhibit 4- Email from Ann Ewing stating that Jessica Martin is current on all rental payments

Exhibit 5- Rent Change Notice

Exhibit 6-Housing Assistance Contract that was signed on 3/10/2021

Exhibit 7-Section 8 Inspection Documentation dated 3/1/2021

Exhibit 8- Family Report effective dated 3/10/2021

Exhibit -9 Termination of Assistance Letter from the Jackson Housing Authority

Exhibit 10- voided lease that was used for eviction dated March 1, 2021

Exhibit 11-Active lease that was dated March 10, 2021


State of _Georgia_ )
) ss.
County of _Fulton_ )


On _January 16_, 2023 before me, _Jessica-Maria Lewis_ (insert name and title of the officer), personally appeared _Jessica Martin_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument

and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Georgia_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Jessica-Maria Lewis_ (seal)