JESSICA MARTIN

1700 NORTHSIDE DRIVE

ATLANTA, GA 30318

Case#_____

JESSICA MARTIN, KARTER MARTIN, KARSON MARTIN, KYRO MARTIN VS. JACKSON HOUSING AUTHORITY

**AFFIDAVIT OF TRUTH**

Jessica Martin and family was given a mandatory eviction from the Jackson Housing Authority (24 CFR 5.2005 (c)(1) because of damages to the unit and court cost. Jessica Martin asked for a hearing because of due process and was denied a hearing. The Jackson Housing Authority did not try to help or advocate for me. The Jackson Housing Authority also allowed Better World Properties to put me out of 33 Chickasaw Drive Jackson, Tennessee 38305 after Cassie Jones, my case worker at the time, and Dawn Fielder both seen I had a copy of the lease that Attorney Nicholas Latimer used in court did not math the lease that was present in my file. I had a witness, Samone Sain, present as well when I picked up my complete file from the Jackson Housing Authority. Jessica Martin and family are seeking $45,000,000 for damages for emotional distress, left homeless during a pandemic, and defamation of character.

Exhibit 1- Mandatory Termination of Assistance, Eviction [24 CFR 5.2005 (c)(1)]

Exhibit 2- Jessica asking via email for a hearing

Exhibit 3- Affidavit from witness stating what she seen

Exhibit 4- letter from Dawn Fielder stating that I picked up my file from the Jackson Housing Authority

State of _Georgia_ )

) ss.

County of _Fulton_ )

On _January 16_, 2023 before me, _Jessica Marg. Lewis_ (insert name and title of the officer), personally appeared _Jessica Martin_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___Georgia___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _By: Jessica Maria Lewis_ (Seal)

[Notary seal: JESSICA MARIA LEWIS, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, COMMISSION EXPIRES JANUARY 09, 2026]