**Jackson** Housing Authority

# Exhibit 1

**Mark Reid**
**Executive Director**

125 Preston St. • P. O. Box 3188
Jackson, TN 38303-0188

Date: April 22, 2022

Picked up at JHA office on: April 25, 2022

Subject: Mandatory Termination of Assistance, Eviction [24 CFR 5.2005(c)(1)]

Dear Ms. Jessica Martin,

This letter informs you that HUD policy requires JHA to terminate the Section 8 HCV assistance when a family is in court eviction from a unit under the HCV Program. JHA policy states, "A family will be considered evicted if the family moves after a legal eviction order has been issued, whether or not physical enforcement of the order was necessary." This action is proceeded by the recent judgment in the case of the eviction court process filed by Better World concluded on April 4, 2022, granting Better World possession of the property and a money judgment for rent, late fees, any damages to the unit, and court cost. The balance owed to Better World is $2,829.79 (this is not the final balance) until Better World completes a walkthrough of the property to confirm no damages to the property beyond normal wear and tear. Under the Section 8 HCV Program, you are entitled to an informal hearing when a decision affects your benefits. However, certain factors affect your benefits where Section 8 is not required to give you an opportunity for an informal hearing. Unfortunately, HUD policy does not entitle you to an informal hearing because the factors in your case are between you and your landlord, concluded in the termination of your assistance.

Please be assured HUD policies and regulations have been executed meticulously and methodically with due diligence. If you have any questions, please don't hesitate to call.

Best Wishes,

Cassie Jones
Section 8 Eligibility & Occupancy Specialist



731-422-1671 • Fax 731-425-4605 • TDD 731-424-4587

## Fwd: REQUIRED ADMINISTRATIVE HEARING

From: Jessica Martin (martinjessica2016@icloud.com)

To: martinjessica2016@yahoo.com

Date: Tuesday, January 17, 2023 at 12:51 PM EST

Sent from my iPhone

Begin forwarded message:

> **From:** Jessica Martin <martinjessica2016@icloud.com>
> **Date:** May 23, 2022 at 9:00:22 PM EDT
> **To:** Cassie Pugh <Cassie.pugh@yahoo.com>, Cassie Jones <cassiejones@jacksonha.com>, Dawn Fielder <dfielder@jacksonha.com>, clittle@mcjuvenile.com, nbl@spraginslaw.com, Tre.Hargett@tn.gov, mayor@jacksontn.gov, Kathy Blount <Kathy.Blount@tncourts.gov>
> **Subject: REQUIRED ADMINISTRATIVE HEARING**
>
> Good Evening, I am requesting my REQUIRED administrative hearing pursuant to ( 42 USC 1437(d)k).
>
> Thanks,
> Jessica Martin
> UCC 1-308
>
> Sent from my iPhone


96-7060.pdf
204.9kB

**Exhibit 3**

# SAMONE SAIN
271 Executive Drive
Jackson, Tennessee 38305

## AFFIDAVIT

Comes the Affiant, Samone Sain, under penalties of perjury who, being duly sworn, deposes and says, the statements made herein are true and correct to the best of my knowledge, information and belief are as follows:

On April 06, 2022, I, Samone Sain, did accompany Jessica Martin (*Jessica*) as the witness walking into the Jackson Housing Authority building to ask two women caseworkers did for the copy of the entire JESSICA MARTIN file.

After receiving the file, *Jessica* extracted the copy of the original BETTER WORLD PROPERTIES, LLC lease signed by Ann Ewing and showed the two women case workers the copy of the lease given to judge Christy Little by attorney Nicholas Latimer (*the attorney's lease*) in the general sessions court for Madison County Tennessee regarding the JESSICA MARTIN Eviction with Case Number 22-CV-707 on April 4, 2022.

The two women caseworkers did examine and compare the two leases.

The two women caseworkers did acknowledge to me and Jessica that the copy of *the attorney's lease* was verifiably different from the original lease that is in the JESSICA MARTIN file in Jackson Housing Authority.

Further Affiant Saith Not

_____ Date 8/11/22
Signature of Affiant

## NOTARY ACKNOWLEDGMENT

State of Tennessee
County of _____Madison_____

On this ___11th___ day of ___August___, 2022, before me Samone Sain did present herself to me as the person who is the eyewitness with first-hand knowledge of the facts described in the foregoing instrument and acknowledged executed the as the free act and deed for the purposes therein set forth.

_____Ladreama Whiteside_____
(Notary Public)

_____Ladreama Whiteside_____
Print Name of Notary

My Commission Expires
_____10-22-2025_____, 20___25___

(Seal: LADREAMA WHITESIDE, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF MADISON, MY COMM. EXPIRES 10/22/2025)

# Jackson Housing Authority

EXHIBIT 4

**Mark Reid**
**Executive Director**

125 Preston St. • P. O. Box 3188
Jackson, TN 38303-0188

April 06, 2022

To Whom It May Concern:

I, Dawn Fielder, provided to Jessica Martin a copy of the documents that are contained within her file. If you have any questions, I can be reached at 731-422-1671 ext. 117.

Sincerely,

*Dawn Fielder*    Dawn Fielder april 6, 2022

Dawn Fielder
Section 8 Admission and Occupancy Specialist



731-422-1671 • Fax 731-425-4605 • TDD 731-424-4587