# Judge
# S. Thomas Anderson

Magistrate Judge
Jon A. York

**Case #:** 1:23-cv-1018

Martin, et al
V.
Jackson Housing Authority