JESSICA MARTIN

1700 NORTHSIDE DRIVE NW A7#1118

ATLANTA, GA 30318

CASE# 23-1018

AMMENDED COMPLAINT

I AM CURRENTLY AMMENDING MY ORDER FOR 45,000,000 AND INSTEAD I WOULD LIKE FOR THE JACKSON HOUSING AUTHORITY TO BUILD A 250 UNIT SINGLE FAMILY HOUSING COMMUNITY THROUGHOUT THE CITY OF JACKSON, TENNESSEE. I WOULD ALSO LIKE TO OVERSEE THE PROJECT AND MAKE SURE THAT DUTIES ARE CARRIED OUT. IF THIS PROJECT IS NOT FULFILLED JACKSON HOUSING AUTHORITY MUST REWARD JESSICA MARTIN AND HER HEIRS A TOTAL OF $45,000,000.